■ In the Matter of the Probate of the Will of JOZEFA HEREC, Deceased, ALFRED HEREC et al., Appellants; CLARA PARUCKI, Respondent.— Order unanimously affirmed, without costs of this appeal to either party, and without prejudice to the right to reapply upon appropriate papers showing special circumstances and necessity. Memorandum: The moving papers fail to show special circumstances existed to justify granting the motion. (Appeal from an order of Erie Surrogate's Court denying motion to examine certain individuals before trial.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.

■ THOMAS J. DALTON, Respondent, v. ROBERT CROWLEY, Appellant.— Order unanimously reversed, with costs, and motion denied. Memorandum: There being no demonstration of bad faith on defendant's part, and no showing of unreasonable annoyance, disadvantage, or other prejudice likely to result to the plaintiff from a second entry by defendant on plaintiff's property for purposes of discovery, the order of County Court vacating defendant's notice for discovery and inspection was an improvident exercise of discretion. The entry and inspection sought in the notice may be had on any Saturday in April, 1966 on three days' notice to plaintiff's counsel. (Appeal from order of Monroe County Court, Special Term granting plaintiff's motion to vacate a notice for discovery and inspection.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.

■ ANN M. SHEA, Appellant, v. F. W. WOOLWORTH Co., Respondent.— Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: There were factual issues which should have been submitted to the jury. Plaintiff established a prima facie case and it was error to dismiss at the close of plaintiff's case. (Appeal from a judgment and order of Monroe Trial Term granting defendant's motion for a nonsuit dismissing the complaint in a negligence action.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.